AUGUSTUS S. HOUGHTON and Others, Appellants, v. HECTOR W. THOMAS, Respondent, Impleaded with JOHN H. TAYLOR and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements, on the ground that the alleged newly-discovered evidence offered in support of the motion for a new trial is not of sufficient weight or import to warrant a contrary conclusion from that reached on the trial. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL J. BLOOMINGDALE and Others, Respondents, v. CRESCENT KNITTING CORPORATION and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRANK LEBRIZZI, an Infant, by GIACCHINO LEBRIZZI, His Guardian ad Litem, Appellant, v. ANDREW J. CONNELL, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GIACCHINO LEBRIZZI, Appellant, v. ANDREW J. CONNELL, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARGARET O'BRIEN, Respondent, v. MARY E. McKERNAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLES O'BRIEN, Respondent, v. MARY E. McKERNAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GUISEPPE BONICA, Respondent, v. JAMES B. MALONE and Another, Appellants.— Judgment modified by reducing the judgment as entered to the sum of $2,136.45, and as so modified the judgment and order appealed from are affirmed, with costs to the appellants, upon the authority of Polsey v. Waldorf-Astoria, Inc. (216 App. Div. 86). Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HELEN KAYSER, as Administratrix, etc., of CARL KAYSER, Deceased, Respondent, v. 150 EAST 52ND STREET, INC., and Another, Appellants, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

STREET & FINNEY, INC., Appellant, v. MARYLAND CASUALTY COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN HAUGHEY, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.